O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON O. GOMEZ,<br><br>             Petitioner,<br><br>    vs.<br><br>LINDA SANDERS, WARDEN,<br><br>             Respondent. | CASE NO. CV 09-00130 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 29, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE