**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON O. GOMEZ,<br><br>    Petitioner,<br><br>        vs.<br><br>LINDA SANDERS, WARDEN,<br><br>    Respondent. | CASE NO. CV 09-00130 AG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RAMON O. GOMEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 29, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE